IN THE UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| HELENA JAKUBCZAK, | ) | 05 B 23004 |
| | ) | |
| Debtor. | ) | |

## FIRST AND FINAL APPLICATION OF COHEN & KROL
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE JOHN D. SCHWARTZ
     BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.     An order for relief under Chapter 7 was entered on June 9, 2005.  On September 20, 2005, an order was entered approving the employment of Counsel for the Trustee.   Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2.     Applicant requests $3,520.50, in compensation for 12.45 hours of services performed for the period August 24, 2005 through present and reimbursement of actual expenses in the amount of $36.46.

3. A description of the nature of the services rendered by the Applicant is as follows:

**ADVERSARY COMPLAINT**

At the Trustee's request, Cohen & Krol prepared and filed the Trustee's adversary complaint seeking the avoidance of a fraudulent conveyance of real property from the Debtor to her son.  Cohen & Krol reviewed documents, prepared pleadings, appeared in Court and took all steps necessary to prosecute this action on behalf of the Trustee.  The adversary proceeding was ultimately settled which resulted in a dividend to creditors of the Estate.  Cohen & Krol expended 8.00 hours in the activity of Adversary Complaint.

## PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented the Trustee's application to employ legal counsel to represent him in the above-referenced litigation. Cohen & Krol expended 1.00 in the activity of Professional Employment.

## SETTLEMENT

Cohen & Krol prepared and presented the Trustee's application for authority to compromise the pending adversary proceeding. Trustee's counsel prepared and mailed notice of said proposed settlement to all creditors and obtained the necessary order authorizing the settlement. Cohen & Krol expended 3.45 hours in the activity of settlement.

4.      Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5.      The time expended and services rendered by Applicant is summarized as follows:

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| LINDA M. KUJACA/LMK 2005 | 4.50 | $ 270.00 | $1,215.00 |
| LINDA M. KUJACA/LMK2006 | 7.95 | $ 290.00 | $2,305.55 |

6.      Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $3,520.50 and reimbursement of actual and necessary expenses of $36.46 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: September 10, 2007                    /s/ Gina B. Krol

COHEN & KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60602
312/368-0300

COHEN & KROL
105 West Madison Street
Suite 1100
Chicago IL 60602


Invoice submitted to:
In re: Helena Jakubczak
Case No. 05 B 23004
Judge John D. Schwartz
Trustee Barry A. Chatz


September 10, 2007

Invoice #11821

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| **ADVERSARY COMPL** | | |
| 8/24/05 LMK ADVERSARY COMPL<br>Discussion with Atty. Cohen<br>reg. preparation of fraudulent<br>conveyance action on behalf of<br>Trustee Chatz. | 0.10<br>270.00/hr | 27.00 |
| 8/30/05 LMK ADVERSARY COMPL<br>Review of Cook County Recorder<br>information to obtain deed date<br>[.2]; begin drafting complaint<br>[.5] | 0.70<br>270.00/hr | 189.00 |
| 8/31/05 LMK ADVERSARY COMPL<br>Drafting complaint. | 0.40<br>270.00/hr | 108.00 |
| 9/8/05 LMK ADVERSARY COMPL<br>Discussion with Atty. Cohen<br>reg. drafted complaint [.1].<br>Revise complaint and<br>electronically file and serve<br>[.4]. | 0.50<br>270.00/hr | 135.00 |

In re: Helena Jakubczak                                    Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/05 | LMK | ADVERSARY COMPL<br>Review email response from B.<br>Chatz's office reg. fee waiver<br>form. | 0.10<br>270.00/hr | 27.00 |
| 9/20/05 | LMK | ADVERSARY COMPL<br>Exchange of messages with Atty.<br>Luisi. | 0.10<br>270.00/hr | 27.00 |
| 10/19/05 | LMK | ADVERSARY COMPL<br>Review adversary docket to<br>determine if answer filed [no]<br>[.1]; tcw Atty. Vincent Luisi<br>[.1] | 0.20<br>270.00/hr | 54.00 |
| 10/20/05 | LMK | ADVERSARY COMPL<br>Court appearance on status of<br>adversary case. | 0.60<br>270.00/hr | 162.00 |
| 12/20/05 | LMK | ADVERSARY COMPL<br>Court appearance on adversary<br>status. | 0.80<br>270.00/hr | 216.00 |
| 2/15/06 | LMK | ADVERSARY COMPL<br>Court appearance on status. | 0.40<br>290.00/hr | 116.00 |
|  | LMK | ADVERSARY COMPL<br>Draft motion, notice and order<br>for default judgment [.6];<br>electronically file and serve<br>[.2]. | 0.80<br>290.00/hr | 232.00 |
| 2/27/06 | LMK | ADVERSARY COMPL<br>Telephone call from Atty. Luisi<br>reg. pending adversary [.1];<br>review claims register [.1] | 0.20<br>290.00/hr | 58.00 |
| 3/9/06 | LMK | ADVERSARY COMPL<br>Court appearance on adversary<br>[.7]; corresp. to Atty. Luisi<br>[3.] | 1.00<br>290.00/hr | 290.00 |

In re: Helena Jakubczak                                         Page   3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/17/06 LMK | ADVERSARY COMPL<br>Review status; corresp. to<br>Atty. Luisi [.3] | 0.30<br>290.00/hr | 87.00 |
| 5/2/06 LMK | ADVERSARY COMPL<br>Review messages from Atty.<br>Luisi reg. his rejection of<br>settlement offer [.1]; corresp.<br>to Atty. Luisi reg. default [.3] | 0.40<br>290.00/hr | 116.00 |
| 5/3/06 LMK | ADVERSARY COMPL<br>Telephone call with Atty. Luisi<br>reg. settlement back on [.1];<br>court appearance on adversary<br>status [.6]; corresp. to B.<br>Chatz [.2]; revise settlement<br>agreement and send to V. Luisi<br>w/ corresp. [.3] | 1.20<br>290.00/hr | 348.00 |
| 6/22/06 LMK | ADVERSARY COMPL<br>Corresp. to V. Luisi and R.<br>Jakubczak reg. entry of order<br>and payment due. | 0.20<br>290.00/hr | 58.00 |

        SUBTOTAL:                                       [   8.00      2,250.00]

PROF EMPLOYMENT

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/31/05 LMK | PROF EMPLOYMENT<br>Draft motion, notice and orders<br>to employ counsel [.5] and<br>electronically file [.1]. | 0.60<br>270.00/hr | 162.00 |
| 9/20/05 LMK | PROF EMPLOYMENT<br>Court appearance on motion to<br>employ counsel. | 0.40<br>270.00/hr | 108.00 |

        SUBTOTAL:                                       [   1.00       270.00]

In re: Helena Jakubczak                                          Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

SETTLEMENT

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/06 | LMK | SETTLEMENT<br>Compute settlement amount [.1];<br>corresp. to Trustee reg.<br>settlement offer [.3];<br>telephone call from Trustee on<br>same [.1]. | 0.50<br>290.00/hr | 145.00 |
| 3/1/06 | LMK | SETTLEMENT<br>Draft settlement agreement. | 0.60<br>290.00/hr | 174.00 |
| 3/3/06 | LMK | SETTLEMENT<br>Corresp. to V. Luisi reg.<br>Trustee's proposed settlement. | 0.30<br>290.00/hr | 87.00 |
| 5/31/06 | LMK | SETTLEMENT<br>Drafting settlement motion,<br>orders, notices [1]; electronic<br>filing [.1] | 1.10<br>290.00/hr | 319.00 |
| 6/1/06 | LMK | SETTLEMENT<br>File certificate of service. | 0.10<br>290.00/hr | 29.00 |
| 6/22/06 | LMK | SETTLEMENT<br>Court appearance on motion to<br>approve settlement. | 0.50<br>290.00/hr | 145.00 |
| 6/26/06 | LMK | SETTLEMENT<br>Telephone call from Lola at<br>Barry Chatz's office as to why<br>settlement was reached at low<br>amount (based upon small number<br>of claims). | 0.10<br>290.00/hr | 29.00 |
| 6/27/06 | LMK | SETTLEMENT<br>Corresp. to Trustee Chatz<br>enclosing remainder of<br>settlement funds. | 0.25<br>290.00/hr | 72.50 |

|  | | | | |
|---|---|---|---|---|
| SUBTOTAL: | | | [    3.45 | 1,000.50] |

In re: Helena Jakubczak                                          Page    5

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 12.45 | $3,520.50 |

Additional charges:

PHOTOCOPIES

| Date | | | Amount |
|---|---|---|---|
| 8/31/05 | LMK | PHOTOCOPIES Copies of motion for service. | 2.40 |
| 9/8/05 | LMK | PHOTOCOPIES Copy of complaint for service. | 1.30 |
| 2/15/06 | LMK | PHOTOCOPIES Service of motion. | 6.00 |
| 3/3/06 | LMK | PHOTOCOPIES Corresp. to V. Luisi. | 0.10 |
| 4/17/06 | LMK | PHOTOCOPIES Copy. | 0.10 |
| 5/3/06 | LMK | PHOTOCOPIES Copies. | 1.20 |
| 5/31/06 | LMK | PHOTOCOPIES Copies of motion for service. | 2.80 |
| 6/1/06 | LMK | PHOTOCOPIES Service of one-page notice. | 2.10 |
| 6/22/06 | LMK | PHOTOCOPIES Copies. | 0.30 |
| 6/27/06 | LMK | PHOTOCOPIES Copies. | 0.20 |

SUBTOTAL:                                                   [    16.50]

In re: Helena Jakubczak                                      Page    6

                                                                    Amount

              POSTAGE

 8/31/05  LMK  POSTAGE                                                  1.20
               Service of motion.

  9/8/05  LMK  POSTAGE                                                  0.83
               Service of complaint.

 2/15/06  LMK  POSTAGE                                                  3.32
               Service of motion.

 2/28/06  LMK  POSTAGE                                                  0.39
               Corresp. to Trustee.

  3/3/06  LMK  POSTAGE                                                  0.39
               Corresp. to V. Luisi.

  3/9/06  LMK  POSTAGE                                                  0.39
               Corresp. to P. Luisi.

 4/17/06  LMK  POSTAGE                                                  0.39
               Corresp. to Atty. Luisi.

  5/3/06  LMK  POSTAGE                                                  1.17
               Corresp. to B. Chatz, R. Jakubczak and
               V. Luigi

 5/31/06  LMK  POSTAGE                                                  2.52
               Service.

  6/1/06  LMK  POSTAGE                                                  8.19
               Service of one-page notice.

 6/22/06  LMK  POSTAGE                                                  0.78
               Corresp. to V. Luisi and R. Jakubczak.

 6/27/06  LMK  POSTAGE                                                  0.39
               Corresp. to B. Chatz.

                                                              _____
          SUBTOTAL:                                           [    19.96]

In re: Helena Jakubczak                                                    Page   7

                                                                              Amount

            Total costs                                                        $36.46

            Total amount of this bill                                      $3,556.96

            Balance due                                                    $3,556.96