UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| HELENA JAKUBCZAK, | ) | Case No. 05-23004 |
| Debtor. | ) | Hon. JOHN D. SCHWARTZ |

**Notice of Trustee's Final Report and
Hearing on Applications for Compensation**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 719
          219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **December 6, 2007**      Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                  $25,330.25

    Disbursements                                                 $20.06

    Net Cash Available for Distribution                       $25,310.19

4. Applications for Chapter 7 fees and administrative expenses have been filedas follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $3,143.19 | $5.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $3,520.50 | $36.46 |

5. No priority claims were filed.

6. Claims of general unsecured creditors totaling $17,302.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 3.2800% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ecast Settlement Corporation, Assignee of Chase Bank USA, N.A. | $6,957.40 | $7,523.22 |
| 2 | Ecast Settlement Corporation, Assignee of HSBC Bank Nevada N.A. | $8,946.43 | $9,674.01 |
| Surplus to Helena Jakubczak Debtor | | | $1,407.81 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Debtor has been discharged.

10. The Trustee proposes to abandon the following property at the hearing:

    NONE

Dated: **November 8, 2007**              For the Court,

                                                By: **KENNETH S. GARDNER**
                                                   Kenneth S. Gardner
                                                   Clerk of the U.S. Bankruptcy
                                                   Court, 219 S. Dearborn
                                                   St., 7th Floor
                                                   Chicago, IL 60604

Trustee:       Barry A. Chatz
Address:      120 S. Riverside Plaza Suite 1200
                   Chicago, IL 60606-0000
Phone No.:   (312) 876-7100

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                   Page 1 of 1                 Date Rcvd: Nov 08, 2007
Case: 05-23004                    Form ID: pdf002               Total Served: 21

The following entities were served by first class mail on Nov 10, 2007.
 db          +Helena Jakubczak,    3351 North Osage Avenue,    Chicago, IL 60634-2952
 aty         +Vincent Luisi,    1231-1233 N Ashland Ave,    Chicago, IL 60622-8680
 tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
 9438098      Bank America,    479 Crosspoint Pkwy.,    Getzville, NY  14068
 9438100      Capital One,    PO Box 85015,    Richmond, VA 23285-5015
 9438099     +Capital One,    PO Box 85617,    Richmond, VA 23276-0001
 9438101     +Capital One,    P O Box 26625,    Richmond, VA 23261-6625
 9438102     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
 9943205     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Ste 900,
               Seattle, WA 98121-2339
 9438103     +Debt Free America,    8355 Aero Drive, Suite 200,    San Diego, CA 92123-1787
 9438104     +Fifth Third Bank,    PO Box 2306,    Cincinnati, OH 45201-2306
 9438107      HSBC Bank Nevada NA /HSBC Card,    Services III c/o eCast Settlement,    Corporation,
               P O Box 35480,    Newark NJ 07193-5480
 9438105     +Harris Trust & Savings Bank,    111 West Monroe Street,    Chicago, IL 60603-4095
 9438106      Household Credit Services,    PO Box 80027,    Salinas, CA  93912-0027
 9438108     +Illinois Collection Service,    4647 W. 103rd St.,    Oak Lawn, IL 60453-4779
 9438096     +Jakubczak Helena,    3351 N Osage Ave,    Chicago, IL 60634-2952
 9438097     +Law Office Of Vincent A Luisi Jr,    1231 N Ashland Ave,    Chicago, IL 60622-8680
 9438109     +People's Energy,    130 East Randolph Drive,    Chicago, IL 60601-6302
 9438110      Sprint PCS,    P.O. Box 219554,    Kansas City, MO  64121-9554
 10965076     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
 10468965     eCAST Settlement Corporation, assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               P.O. Box 35480,    Newark, NJ  07193-5480
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 10, 2007**                       **Signature:** _Joseph Speetjens_