UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| JAKUBCZAK, HELENA ) | |
| ) | |
| ) | CASE NO. 05-23004-JDS |
| ) | |
| ) | |
| Debtor. ) | Hon. JOHN D. SCHWARTZ |

**Trustee's Final Account and Application
To Close Case And Discharge The Trustee**

To: THE HONORABLE JOHN D. SCHWARTZ
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks is set forth on the Form 2 report attached as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| June 12, 2008 | /s/ Barry A. Chatz |
| DATE | TRUSTEE |

Barry A. Chatz
120 S. Riverside Plaza
Suite 1200
Chicago IL 60606